No. 6,469.—STATE ex rel. WILLIAM H. WALLACE, Re-
lator, *v.* DISTRICT COURT OF THE THIRD JUDI-
CIAL DISTRICT et al., Respondents.

Decided January 7, 1929.

PER CURIAM.—Relator's application for writ of super-
visory control is denied.

*Mr. W. E. Keeley,* for Relator.